# MISCELLANEOUS CASE COVER SHEET

**PLAINTIFFS**
Wilmington Trust, National Association

**Attorney's** (Firm Name, Address, and Telephone Number)
Natalie Shkolnik, Wilk Auslander LLP, 1515 Broadway, 43rd Floor, New York, New York 10036, (212) 981-2300

**DEFENDANTS**
Hsin Chi Su (aka Nobu Su, Su Hsin-Chi, Nobu Morimoto, Nobuyoshi Morimoto)

**Attorneys (If Known)**

**DESCRIPTION OF CASE**
Final Judgment in the United States District Court for Southern District of Texas in favor of Wilmington Trust, National Association on default of loan guaranties.

Has this or a similar case been previously filed in SDNY?

No? [✓]   Yes? [ ]   Judge Previously Assigned _____

If yes, was this case: Vol. [ ]   Invol. [ ]   Dismissed. No [ ]   Yes [ ]

If yes, give date _____ & Case No. _____

**NATURE OF CASE**

- [ ] M 08-85 Motion to Compel
- [ ] M 08-85 Motion to Quash
- [ ] M 08-86 Internet Infringement
- [ ] M 08-88 Surety Companies
- [ ] M 08-425 Sureties Proceedings
- [ ] M 09-282 Attorney Change of Name
- [ ] M 11-03 SEC Litigation to Freeze Account
- [ ] M 11-188 Subpoenas - Habeas Corpus
- [ ] M 11-189 Subpoenas - Habeas Corpus
- [ ] M 16-88 Sale of Unclaimed Seamen's Effects
- [ ] M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- [✓] M 18-302 Registration of a Judgment from Another District
- [ ] M 18-304 Administrative Subpoena Proceedings
- [ ] M 18-305 Registration of Student Loan Judgment
- [ ] M 18-981 Nonjudicial Civil Forfeiture Proceeding
- [ ] M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- [ ] M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- [ ] M 19-63 Receivers - Property in Other Districts
- [ ] M 19-78 Denial to Sue In Forma Pauperis
- [ ] M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- [ ] M 22-2 Designation of individual to issue certified copies in bankruptcy part
- [ ] M 23 Petition to Perpetuate Testimony
- [ ] M 25-1 Order for Entry to Effect Levy - IRS Matter
- [ ] M 25-2 Permission to have access to safe deposit boxes
- [ ] M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union

- [ ] M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- [ ] M 28 Warrant for Entry & Inspection of Premises
- [ ] M 29 Privacy Act Application
- [ ] M 30 Privacy Act Application
- [ ] M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- [ ] M 32 Petition for Writ to Produce Federal Prisoner in State Court
- [ ] M 33 Inspection Warrant - Department of Energy
- [ ] M 34 Order of Another District Court that the State Court Produce
- [ ] M 35 Order to Stay Transfer of Federal Prisoner
- [ ] M 36 National Labor Relations Board
- [ ] M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- [ ] M 38 Application for Reassignment of Bankruptcy Proceeding
- [ ] M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- [ ] M 41 Order of Return of 28:2254/2255 Petition
- [ ] M 42 Order Denying Stay of Deportation
- [ ] M 43 Contempt of Court in Bankruptcy
- [ ] M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- [ ] M 46 Order From Another District for Public Viewing
- [ ] M 47 Bankruptcy Cases - Before Appeal Filed
- [ ] M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- [ ] M 48 Application for Appointment of Counsel - No Case In This Court
- [ ] M 49 Order Denying Commencement of Civil Action

Rev. 06/2017

**NATURE OF CASE CONTINUED**

- ☐ M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- ☐ M 52 Application for Leave to File a Complaint
- ☐ M 53 Order Barring Individual from Entering Courthouse Building
- ☐ M 54 Immigration Naturalization - Order Delaying Deportation
- ☐ M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- ☐ M 58 Application for Extension of Time to File Petition for Removal
- ☐ M 59 Application to Produce Federal Prisoner in State Court
- ☐ M 67 Notice of Eviction to Squatters (USA Cases)
- ☐ M 71 Application re: Federal Rules Cr. 11(e)(2)
- ☐ M 72 Order of Attachment of Another District – EDNY
- ☐ M 73 Subpoena to Government Agency
- ☐ M 75 Application for Writ of Garnishment
- ☐ M 76 Central Violations Bureau
- ☐ M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- ☐ M 90 Order of Attachment
- ☐ M 93 Letters Rogatory _____
- ☐ M 94 Other _____

DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:

JUDGE_____ MISCELLANEOUS CASE NUMBER _____

NOTE: Please submit at the time of filing an explanation of why cases are deemed related

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Wilmington Trust, National Association, 50 South Sixth Street, Suite 1290, Minneapolis, MN 55402

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Nobu Su, Prison No. A8656eh (Rule 39), Hmp Pentonville, Caledonian Road, London N7 8TT

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

CHECK ONE: AT LEAST ONE PARTY IS PRO SE    No ✓    Yes ☐
CHECK ONE: THIS ACTION SHOULD BE ASSIGNED TO    WHITE PLAINS ☐    MANHATTAN ✓

| DATE | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|
| 01/30/2020 | *Natalie Shkolnik* (signature) | ☐ U.S. GOVERNMENT ATTORNEY |
| | | ☐ NO |
| | | ✓ YES (DATE ADMITTED MO. 07 YR. 2000) |
| RECEIPT # | | ATTORNEY BAR CODE # 3050994 |

Ruby J. Krajick, Clerk of Court, _____    Dated _____

by Rev. 06/2017