AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| Hsin Chi Su </br> *Plaintiff* </br> v. </br> Bank Sinopac, et al </br> *Defendant* | ) </br> ) </br> ) Civil Action No. 4:14-cv-2164 </br> ) </br> ) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    5/23/2019    .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:    12/10/2019

CLERK OF COURT

J. Olson
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Hsin Chi Su, §
§
    Plaintiff, §
§
versus §     Civil Action H-14-2164
§
Bank Sinopac, *et al.*, §
§
    Defendants. §

## Final Judgment

On the motions of Wilmington Trust, National Association in civil action H-14-2165 and civil action H-14-2166, Wilmington Trust, National Association, recovers a judgment for (A) the principal of $60,459,959.33 owed it on Hsin Chi Su's guaranties, (B) $17,169,737.40 in pre-judgment interest, and (C) post-judgment interest at a rate of 2.32%. (94)(80)

Signed on May 22, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge

TRUE COPY I CERTIFY ATTEST:
DAVID J. BRADLEY, Clerk of Court
By _____
Deputy Clerk